UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARYN KAYE KILLIAN,

    Plaintiff,

  v.                              Case No. 20-13345

COMMISSIONER OF         District Judge George Caram Steeh
SOCIAL SECURITY,         Magistrate Judge Kimberly G. Altman

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On April 21, 2022, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court affirm the Commissioner's decision in this social security case. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Altman's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Altman's report and recommendation (ECF No. 19) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 17) is DENIED, the Commissioner's motion for summary judgment (ECF No. 18) is GRANTED, and the Commissioner's decision is AFFIRMED.

Dated: May 6, 2022

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 11, 2022, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk